

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00312-CV
_____

IN RE VICKER SICHANTHAVONG, RELATOR

Original Proceeding
Arising From Proceedings Before County Court at Law Number One
Potter County, Texas
Trial Court No. 103,599-1; Honorable R. Walton Weaver, Presiding

November 18, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Proceeding *pro se*, Vicker Sichanthavong, has filed an application for a writ of habeas corpus seeking to have an arrest warrant issued for Tina Hernandez.[1]  For the reasons explained herein, we dismiss this request for habeas relief for want of jurisdiction.

---

[1] Sichanthavong has filed several suits against Hernandez seeking delinquent rent and wants her prosecuted for theft of service pursuant to section 31.04 of the Texas Penal Code.  His appeal in a related matter was disposed of this same date in appellate cause number 07-19-00145-CV, in which this court affirmed the trial court's dismissal of an underlying suit for Sichanthavong's failure to properly serve Hernandez.

This court's original jurisdiction to issue writs of habeas corpus is limited. Tᴇx. Gᴏᴠ'ᴛ Cᴏᴅᴇ Aɴɴ. § 22.221(d) (West Supp. 2018). Our jurisdiction is limited to cases in which restraint of liberty is by virtue of an order, process, or commitment issued by a court or judge because of the violation of an order, judgment, or decree previously made, rendered, or entered in a civil case. *Id.*

Sichanthavong seeks to use this habeas proceeding as a manner of instructing "the examining and committing Magistrate to allow this case to be trial [sic] as a criminal case . . . ." As such, Sichanthavong is not seeking relief from restraint. To the contrary, he is seeking to restrain Hernandez. Because he has not presented any jurisdictional facts showing entitlement to habeas relief from this court, we have no other option than to dismiss this proceeding.

### Cᴏɴᴄʟᴜsɪᴏɴ

Accordingly, Sichanthavong's application for a writ of habeas corpus is dismissed for want of jurisdiction.

Patrick A. Pirtle
Justice

2